AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
08/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

In the Matter of the Search of )
)
A large Flat Rate USPS cardboard box )
bearing tracking number 9505 5136 5443 )     Case No. 8:25-mj-00639-DUTY
5210 5814 60 )
)
)
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  August 5, 2025; 4:23 p.m.        */s/ John D. Early*
                                                        *Judge's signature*

City and state:  Santa Ana, California         Hon. John D. Early, U.S. Magistrate Judge
                                                *Printed name and title*

AUSA:    N. Kiss (x3539)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:25-mj-00639-DUTY | 08/08/2025 at 10:36 AM | USPS |

Inventory made in the presence of :
HSI TFO Nick McDermott, HSI SAs Gene Hwang and Joe Garcia

Inventory of the property taken and name of any person(s) seized:

USPS Priority Mail parcel #9505 5136 5443 5210 5814 60
- $49,000 in U.S. Currency
- packaging material

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/08/2025

*Executing officer's signature*

Sumyra Duy, U.S. Postal Inspector
*Printed name and title*

**Attachment A**

<u>PARCEL TO BE SEARCHED</u>

The SUBJECT PARCEL is a large Flat Rate USPS cardboard box bearing tracking number 9505 5136 5443 5210 5814 60. The SUBJECT PARCEL is addressed to "Michael B, P.O Box #6059, 2991 Niguel Road, Laguna Niguel, CA 92607". The listed return address on the SUBJECT PARCEL is "Alred Collins, 31 Candlewyck Ln, Utica, NY 13502". The SUBJECT PARCEL weighs 4 pounds, 7.6 ounces. The SUBJECT PARCEL was paid with $29.95 in postage and postmarked on July 29, 2025, in Utica, New York 13502.

The SUBJECT PARCEL is currently in the custody of USPIS in Santa Ana, California.

**Attachment B**

ITEMS TO BE SEIZED

     The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

     a.   Any controlled substances, including marijuana;

     b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

     c.   Any associated packaging.